IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES N. BYNUM,
ADC #162076                                                                                       PLAINTIFF

v.                            Case No. 4:18-cv-00627-KGB/JJV

TAMMY KIMBLE, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff James N. Bynum's claims are dismissed. The relief requested is denied.

So ordered this 24th day of September, 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge